IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:21-CR-00229-RJC-DCK

| USA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| ANTWON MCCORKLE (1) | ) | |
| | ) | |

**THIS MATTER** is before the Court upon motion of the defendant pro se for a reduction of sentence based on Amendment 821 to the United States Sentencing Guidelines relating to status points. (Doc. No. 48).

Part A of the Amendment is retroactive and amended USSG §4A1.1 to limit the impact of status points on criminal history category. USSG §1B1.10(d), comment. (n.7). Here, the Court determined the defendant had six criminal history points, none of which were status points. (Doc. No. 35: Presentence Report ¶56). The Amendment does not lower his criminal history points. Accordingly, he is not eligible for relief. USSG §1B1.10(a)(2).

**IT IS, THEREFORE, ORDERED** that the defendant's motion is **DENIED**.

Signed: May 8, 2024

Robert J. Conrad, Jr.
United States District Judge